39019. Carlos Santiago, appellee v. City of Cleveland, appellant. Cuyahoga County.

Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, O'Neill, Griffith, Herbert and Gibson, JJ., concur.